Case 1:13-cv-07804-RJS Document 370 Filed 06/12/15 Page 1 of 2

# MANDATE

N.Y.S.D. Case #
13-cv-6882(RJS)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of June, two thousand and fifteen,

_____

| | |
|---|---|
| Arkansas Teacher Retirement System, | ORDER<br>Docket No. 15-1422 |
|       Lead Plaintiff - Appellant, | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 12, 2015

West Palm Beach Police Pension Fund, Taunton Contributory Retirement System,

      Consolidated Plaintiffs,

John Ortuzar, Individually and on behalf of all others similarly situated,

      Plaintiff,

v.

Francesca's Holdings Corporation, Greg Brenneman, Richard Zannino, Neill P. Davis, Theresa R. Backes, Mark Vendetti, Sei Jin Alt, Randi Sonenshein,

      Consolidated Defendants - Defendants - Appellees,

John De Merritt, Gene Morphis, Kyong Gill, Patricia A. Bender, Richard Emmett, Joseph Scharfenberger, Richard Kunes, Marie Toulantis, Kal Malik, Cynthia Thomassee, Goldman, Sachs & Co., J.P. Morgan Securities LLC, Stifel, Nicolaus & Company Incorporated, Keybanc Capital Markets Inc., RBC Capital Markets LLC, Jefferies & Company, Inc.,

      Consolidated Defendants - Appellees,

Greg Brenneman, CCMP Capital LLC, CCMP Capital Investors II, LP, CCMP Capital Investors (Cayman) II,

MANDATE ISSUED ON 06/12/2015

LP, CCMP Capital Advisors, LLC,

    Defendants - Appellees,

KJK, Stony, KKGM,

    Nominal Defendants.
_____

  The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

  The stipulation is hereby "So Ordered".

            For The Court:

            Catherine O'Hagan Wolfe,
            Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit